PER CURIAM.
Affirmed. DeConingh v. State, 433 So.2d 501 (Fla.1983), cert. denied, 465 U.S. 1005, 104 S.Ct. 995, 79 L.Ed.2d 228 (1984); Drake v. State, 441 So.2d 1079 (Fla.1983), cert. denied, — U.S. -, 104 S.Ct. 2361, 80 L.Ed.2d 832 (1984); United States v. Lueck, 678 F.2d 895 (11th Cir.1982); Alberti v. Estelle, 524 F.2d 1265 (5th Cir.1975), cert. denied, 426 U.S. 954, 96 S.Ct. 3181, 49 L.Ed.2d 1193 (1976); B.L. v. State, 425 So.2d 1178 (Fla.3d DCA 1983).